1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
3  Las Vegas, Nevada 89102
   (702) 366-1125
4  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
5
   Attorneys for Defendant
6  SMITH'S FOOD & DRUG CENTERS, INC.

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  MARIA PULVER, an individual, | Case No. 2:22-cv-00033-APG-EJY |
| 10              Plaintiff, | |
| 11      vs. | |
| 12  SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 13 | |
| 14              Defendants. | |
| 15 | |

16      WHEREAS, the parties and their counsel of record have agreed upon a full and final

17  settlement of any and all claims in this case;

18      IT IS HEREBY STIPULATED AND AGREED by and between DAVID L. TANNER,

19  ESQ., of TANNER LAW FIRM, Attorneys for Plaintiff MARIA PULVER, and JERRY S. BUSBY,

20  ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD &

21  DRUG CENTERS, INC., that:

22      1.    Any and all claims herein against Defendant shall be dismissed with prejudice, each party

23  to bear their own fees and costs; and

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

CLAC 6945076.1

2. That any remaining hearings, trial dates or other deadlines be vacated.

Respectfully submitted this 12th day of September, 2022.

| TANNER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ David A. Tanner<br>DAVID A. TANNER, ESQ.<br>Nevada Bar No. 008282<br>7895 West Sunset Road - #115<br>Las Vegas, NV 89113<br>(702) 987-8888<br>Attorneys for Plaintiff<br>MARIA PULVER | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Blvd., #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: September 13, 2022

CLAC 6945076.1

2